Clarence Raymond **LOCKLEY,**
Petitioner–Appellant,

v.

Ronald J. **ANGELONE, Director, Virginia Department of Corrections,**
Respondent–Appellee.

No. 00–7750.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 15, 2001.

Clarence Raymond Lockley, pro se.

Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Clarence Raymond Lockley appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Lockley v. Angelone,* No. CA–99–2130–2 (E.D.Va. Nov. 8, Dec. 1, 2000). We also deny Lockley's motion for a temporary injunction, motion to stay the appeal, and motion to transfer the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*